UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**, <br><br> Plaintiff, <br><br> v. <br><br> **THOMAS P. DILLON;** **LOUISE R. DILLON;** **JIM RUIZ**; and Does 1-10, <br><br> Defendants | **Case No**. 2:14-CV-02621-MCE-CKD <br><br> ORDER EXTENDING DATE FOR FILING DISPOSITIONAL DOCUMENTS |

On June 4, 2015, the parties filed a Notice of Settlement and requested sixty days in which to file a Joint Stipulation for Dismissal with Prejudice. ECF No. 13. Accordingly, the Court ordered that dispositional documents be filed on or before August 4, 2015. ECF No. 14. The parties now request that the Court extend the deadline to August 28, 2015. ECF No. 15. Good cause appearing, the extension is GRANTED.

IT IS SO ORDERED.

Dated: July 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT