UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THOMAS P. DILLON;<br>LOUISE R. DILLON;<br>JIM RUIZ; and Does 1-10,<br><br>　　　　Defendants | Case: 2:14-CV-02621-MCE-CKD<br><br>**ORDER** |

### **ORDER**

Pursuant to the parties' signed stipulation (ECF No. 16), this action is DISMISSED with prejudice, each party to bear their own attorneys' fees and costs.  The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:  August 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT